UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

Write the full name of each plaintiff.

-against-

_____

_____

Write the full name of each defendant. The names listed
above must be identical to those contained in Section I.

**24cv 7202**

(Include case number if one has been
assigned)

Do you want a jury trial?

☐ Yes      ☐ No

# EMPLOYMENT DISCRIMINATION COMPLAINT

---

### NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed with
the court should therefore *not* contain: an individual's full social security number or full birth
date; the full name of a person known to be a minor; or a complete financial account number. A
filing may include *only*: the last four digits of a social security number; the year of an individual's
birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule
of Civil Procedure 5.2.

---

Rev. 3/24/17

## I.    PARTIES

### A.  Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

_____

First Name                     Middle Initial          Last Name

_____

Street Address

_____

County, City                               State                  Zip Code

_____

Telephone Number                           Email Address (if available)

### B.  Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. (Proper defendants under employment discrimination statutes are usually employers, labor organizations, or employment agencies.) Attach additional pages if needed.

Defendant 1:    _____

                Name

                _____

                Address where defendant may be served

                _____

                County, City                State          Zip Code

Defendant 2:    _____

                Name

                _____

                Address where defendant may be served

                _____

                County, City                State          Zip Code

Page 2

Defendant 3:

| |
|---|
| Name |

| |
|---|
| Address where defendant may be served |

| County, City | State | Zip Code |
|---|---|---|

## II.    PLACE OF EMPLOYMENT

The address at which I was employed or sought employment by the defendant(s) is:

| |
|---|
| Name |

| |
|---|
| Address |

| County, City | State | Zip Code |
|---|---|---|

## III.    CAUSE OF ACTION

### A.  Federal Claims

This employment discrimination lawsuit is brought under (check only the options below that apply in your case):

☐   **Title VII of the Civil Rights Act of 1964**, 42 U.S.C. §§ 2000e to 2000e-17, for employment discrimination on the basis of race, color, religion, sex, or national origin

The defendant discriminated against me because of my (check only those that apply and explain):

☐   race: _____

☐   color: _____

☐   religion: _____

☐   sex: _____

☐   national origin: _____

Page 3

☐ **42 U.S.C. § 1981**, for intentional employment discrimination on the basis of race

My race is: _____

☐ **Age Discrimination in Employment Act of 1967**, 29 U.S.C. §§ 621 to 634, for employment discrimination on the basis of age (40 or older)

I was born in the year: _____

☐ **Rehabilitation Act of 1973**, 29 U.S.C. §§ 701 to 796, for employment discrimination on the basis of a disability by an employer that constitutes a program or activity receiving federal financial assistance

My disability or perceived disability is: _____

☐ **Americans with Disabilities Act of 1990**, 42 U.S.C. §§ 12101 to 12213, for employment discrimination on the basis of a disability

My disability or perceived disability is: _____

☐ **Family and Medical Leave Act of 1993**, 29 U.S.C. §§ 2601 to 2654, for employment discrimination on the basis of leave for qualified medical or family reasons

**B.   Other Claims**

In addition to my federal claims listed above, I assert claims under:

☐ **New York State Human Rights Law**, N.Y. Exec. Law §§ 290 to 297, for employment discrimination on the basis of age, race, creed, color, national origin, sexual orientation, military status, sex, disability, predisposing genetic characteristics, marital status

☐ **New York City Human Rights Law**, N.Y. City Admin. Code §§ 8-101 to 131, for employment discrimination on the basis of actual or perceived age, race, creed, color, national origin, gender, disability, marital status, partnership status, sexual orientation, alienage, citizenship status

☐ Other (may include other relevant federal, state, city, or county law):

_____

## IV.   STATEMENT OF CLAIM

### A.  Adverse Employment Action

The defendant or defendants in this case took the following adverse employment actions against me (check only those that apply):

☐   did not hire me

☐   terminated my employment

☐   did not promote me

☐   did not accommodate my disability

☐   provided me with terms and conditions of employment different from those of similar employees

☐   retaliated against me

☐   harassed me or created a hostile work environment

☐   other (specify): _____

_____

### B.  Facts

State here the facts that support your claim. Attach additional pages if needed. You should explain what actions defendants took (or failed to take) *because of* your protected characteristic, such as your race, disability, age, or religion. Include times and locations, if possible. State whether defendants are continuing to commit these acts against you.

_____

_____

_____

_____

_____

_____

As additional support for your claim, you may attach any charge of discrimination that you filed with the U.S. Equal Employment Opportunity Commission, the New York State Division of Human Rights, the New York City Commission on Human Rights, or any other government agency.

## V.    ADMINISTRATIVE PROCEDURES

For most claims under the federal employment discrimination statutes, before filing a lawsuit, you must first file a charge with the U.S. Equal Employment Opportunity Commission (EEOC) and receive a Notice of Right to Sue.

Did you file a charge of discrimination against the defendant(s) with the EEOC or any other government agency?

☐    Yes (Please attach a copy of the charge to this complaint.)

When did you file your charge?    _____

☐    No

Have you received a Notice of Right to Sue from the EEOC?

☐    Yes (Please attach a copy of the Notice of Right to Sue.)

What is the date on the Notice?    _____

When did you receive the Notice?    _____

☐    No

## VI.    RELIEF

The relief I want the court to order is (check only those that apply):

☐    direct the defendant to hire me

☐    direct the defendant to re-employ me

☐    direct the defendant to promote me

☐    direct the defendant to reasonably accommodate my religion

☐    direct the defendant to reasonably accommodate my disability

☐    direct the defendant to (specify) (if you believe you are entitled to money damages, explain that here)

_____

_____

_____

_____

Page 6

## VII.    PLAINTIFF'S CERTIFICATION

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| | |
|---|---|
| Dated | Plaintiff's Signature |

| | | |
|---|---|---|
| First Name | Middle Initial | Last Name |

Street Address

| | | |
|---|---|---|
| County, City | State | Zip Code |

| | |
|---|---|
| Telephone Number | Email Address (if available) |

I have read the attached Pro Se (Nonprisoner) Consent to Receive Documents Electronically:

☐ Yes    ☐ No

If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

David Tweedy

202 Burwell Ridge Trl

Harvest, AL 35749


VS.


RTI International

3040 East Cornwallis Road

RTP, NC 27709


**B. Facts**


1. 4/13/2022 - Coworker, Imogen Hawley, made a disparaging comment towards myself, David Tweedy, insinuating that I was not capable of time management, shortly after I reported the incident to my manager, Mary Kate Shapely-Quinn, but decided not to escalate at the time due to mental burden.

2. 4/18/2022 - I was forwarded an email by my manager Mary Kate after she was made aware of the disparaging comment. Email included a poor reference to George Floyd's death in an attempt to make the team aware of employee wellness resources. Initial email

was jointly composed and sent out on 3/31 by the head of the team, Alexandra Minnis, Mary Kate, and another manager, Ellen Luecke.

3. 7/6/2022 - Imogen Hawley sends me an email compiled with a list of tasks assigned to me in the month of June and goes over target times associated with those tasks, and what Imogen believed was completed in June and how they did not align with time charged for that month. I sent a response clarifying each task and the time they took. Prior to receiving the email from Imogen, Mary Kate sent me an email giving me notice that Imogen would be in contact with me in regards to this issue

4. 7/15/2022 - Over email, I communicated with my manager Mary Kate that I wanted to move forward with switching teams within the company "due to perceived racial microaggressions and lack of diversity making project work subject (HIV prevention) uncomfortable ultimately leading to negative effects on my mental and physical health." Manager initiates conversation with HR which ultimately leads to an investigation.

5. 7/19/2022 - I had a meeting with my manager, Mary Kate, where I was made aware that team leaders have addressed a "pattern" about my communication not being proactive and lack of clarity on completion of tasks, whereas I was unaware of any faults in my work until now through Mary Kate. I was also informed that one of my project teams, which included Imogen Hawley, did not feel like I was an actively engaged team member and did not share a common goal with them. I expressed to my manager in a follow up email, "The conversations that I know that are being had about me and the general perceptions of my how I am fulfilling my role here at RTI has led to an increasingly hostile environment for me as one of the few black individuals and the only gay black male at WGHI." and "To say that I do not share a common goal in a study about HIV

prevention is quite frankly extremely insulting and discriminatory not only to my race but sexuality as well."

6. 8/1/2022 - I meet with HR and express my concerns of a hostile work environment, racial discrimination, being set up to fail, and impacts on my health both physical and mental

7. 8/3 - I inform HR that the project I am on with Imogen Hawley, has had its forecasted time for the month of August reduced to 0 in comparison to the previous month's forecasted time of 64 hours without prior notice. In the email I also note that my manager Mary Kate Shapely-Quinn had previously planned to have me join another project with the intention of having me sit in on meetings and expand my role on the project when other projects died down. I attended an initial meeting on the 17th of May; however, I have not been involved with the project since or have received any correspondence about it with no other meetings scheduled on my calendar.

8. 8/11/2022 - I emailed HR after returning from PTO expressing a lack of communication from team leads and that "I feel like I am being phased out slowly and my work hours are being jeopardized…"

9. 8/19/2022- Imogen Hawley sent me an email similar to the July 6th email. I report it to HR and remind them of the company's strict no retaliation policy

10. End of August - investigation concludes with no fault found on either side. No disciplinary action was taken. No supplemental diversity and inclusion training was implemented.

11. 9/7/2022 - Met with Mary Kate to discuss strategies moving forward with project work. Items that Mary Kate was responsible for never came to fruition.

12. 9/22/2022 - Had a meeting with an Ethic's lawyer representing the company in regards to timekeeping issues that were anonymously reported in regards to two projects (AMBER and Gates), one of which Imogen worked on. Later that day I received a follow-up stating that "Ethics has completed its review, and we did not find any violations of our timekeeping policies. We consider this matter closed."

13. 11/8-18/2022 - Communications with the new HR business partner and Mary Kate, in regard to my recovery from a recent illness affecting my presence in meetings which Mary Kate characterized as "disengaged" or "uninterested".

14. 12/16/2022 - Presented with a Performance Improvement Plan, met with my Mary Kate and HR business partner first and received the official document at 3:31pm ET, that included reviews of my work performance and instances of non-compliance with work policies dating back to May. I was Informed by HR business partner that it was possible to have HR facilitate a team transfer which was contrary to the information I received from my manager Mary Kate, who told me that team transfers within the company were the employees responsibility; as my performance was under review HR could not help with a team transfer.

15. 12/16/2022 - Upon receiving the copy of the PIP, I asked to negotiate the terms of severance, which was denied.

16. 12/20/2022 - I requested the deadline to respond to the PIP, December 20th 10am ET, be pushed to January 3rd, which was denied. I sign the PIP agreeing to take the severance pay and to not proceed with the terms of employment in the PIP

17. 12/21/2022 - Went over severance paperwork, which was not presented to me prior to receiving the performance improvement plan. Within the paperwork, it included clauses

stating in simple terms that I could not sue the company, file a complaint, or use my

evidence if I agreed to take the severance pay.