**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **TWEEDY**<br><br>　　　　　　　　　　**Plaintiff,**<br><br>　　　　-against-<br><br>**RTI INTERNATIONAL**<br><br>　　　　　　　　　　**Defendant.** | **24-CV-7202 (ALC)**<br><br>**ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

　　　The Court is in receipt of Defendants' request for a pre-motion conference. ECF No. 22. The Parties should contact the Court at 1-855- 244-8681 (access code: 2305 3700 226#) for a telephonic conference on January 21, 2026 at 2 pm.

**SO ORDERED.**

Dated:　January 2, 2026
　　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　　　　**ANDREW L. CARTER, JR.**
　　　　　　　　　　　　　　　　　　　　　　　　　　**United States District Judge**